```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                        :
UNITED STATES OF AMERICA                :
                                        :    INDICTMENT
        - v. -                          :
                                        :    22 Cr. ___ (   )
STEPHEN SIMMONS,                        :
                                        :
                        Defendant.      :
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

                                    22 CRIM 399

COUNT ONE

(Felon in Possession)

The Grand Jury charges:

On or about June 16, 2022, in the Southern District of New York and elsewhere, STEPHEN SIMMONS, the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess ammunition, to wit, a .40 caliber Smith & Wesson shell casing, and the ammunition was in and affecting commerce.

(Title 18, United States Code, Section 922(g)(1), 924(a)(2) and 2.)


_____                    _____
FOREPERSON                                   DAMIAN WILLIAMS
                                             United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

STEPHEN SIMMONS,

Defendant.

### INDICTMENT

22 Cr.

(18 U.S.C. § 922(g)(1), 924(a)(2) and 2.)

DAMIAN WILLIAMS
United States Attorney.

A TRUE BILL

_____ Foreperson.

True Bill + Indictment
filed on 7/21/22 before OTW