```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                           :

UNITED STATES OF AMERICA                  :

          -against-                            :         22-CR-399 (VEC)

                                                           :              <u>ORDER</u>

STEPHEN SIMMONS,                            :
                                Defendant.       :
                                                           :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on July 22, 2022, Mr. Simmons was arrested and appeared before Magistrate Judge Wang;

        IT IS HEREBY ORDERED that an arraignment and status conference will be held on **Monday, August 1, 2022 at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date:   July 22, 2022**
          **New York, NY**                                      _____
                                                                      **VALERIE CAPRONI**
                                                                      **United States District Judge**