USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-                     22-CR-399 (VEC)

                                        <u>ORDER</u>

STEPHEN SIMMONS,
                       Defendant.

------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on September 23, 2022, Mr. Simmons appeared before the Undersigned for a status conference;

        IT IS HEREBY ORDERED that motions *in limine* are due by no later than **October 14, 2022**; responses are due by no later than **October 28, 2022**. The deadline for Requests to Charge and proposed *voir dire* questions is **November 17, 2022**.

        IT IS FURTHER ORDERED that jury selection and trial shall begin on **December 19, 2022 at 10:00 a.m.** A Final Pretrial Conference will be held on **December 13, 2022 at 2:30 p.m.** Both the trial and the Final Pretrial Conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date: September 23, 2022
       New York, NY

                                                            **VALERIE CAPRONI**
                                                            **United States District Judge**