**MEMO ENDORSED**

**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 30, 2022

**BY ECF**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2022

**Re:**   **United States v. Stephen Simmons**
        **22 Cr. 399 (VEC)**

Dear Judge Caproni:

    I am the attorney for Stephen Simmons, the defendant in the above-captioned case. I write to request an adjournment of the trial date, which was recently rescheduled for November 30, 2022. Unfortunately, the defense will be unavailable for trial on that date. After conferring with AUSA Lindsey Keenan, the prosecution does not object to this request for a new trial date. Both parties remain available to begin trial on December 19, 2022. So long as this date is still available on the Court's calendar, the defense requests to have the trial set to begin on December 19, 2022. Thank you for your consideration of this request.

Respectfully Submitted,

/s/ Marisa K. Cabrera
Marisa K. Cabrera, Esq.
Assistant Federal Defender
Tel.: (917) 890-7612

cc:   AUSA Lindsey Keenan (by ECF)

Application GRANTED.  Jury selection and trial scheduled to commence November 30, 2022, is hereby ADJOURNED to **December 19, 2022 at 10:00 a.m.**  The Final Pretrial Conference is scheduled for **December 13, 2022 at 2:30 p.m.**  Both the FPTC and trial will take place in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

The Court orders that time is excluded for the period between November 30, 2022, and December 13, 2022, under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) (A), as the ends of justice are served by ensuring Defendant's counsel is available to represent Mr. Simmons at trial, and those interests outweigh the interest of the public and the Defendant in a speedy trial.

SO ORDERED.

Date: 9/30/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE