USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
                                                      :
UNITED STATES OF AMERICA                   :
                                                      :
            -against-                       :      22-CR-399 (VEC)
                                                        :
                                                        :      <u>ORDER</u>
STEPHEN SIMMONS,                           :
                        Defendant.         :
                                                        :
------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS jury selection was scheduled to begin December 19, 2022; and

      WHEREAS jurors will not be available during the week of December 19, 2022.

      IT IS HEREBY ORDERED that jury selection and trial are ADJOURNED to **January 9, 2023 at 10:00 a.m.** The Final Pretrial Conference, previously scheduled for December 13, 2022, is ADJOURNED to **January 4, 2023 at 2:30 p.m.** Both the trial and the Final Pretrial Conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

      IT IS FURTHER ORDERED that the deadline for Requests to Charge and proposed *voir dire* questions is ADJOURNED to **December 8, 2022**.

**SO ORDERED.**

                                                                    _____

**Date: October 17, 2022**                                       **VALERIE CAPRONI**
        **New York, NY**                                       **United States District Judge**