USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/03/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

STEPHEN SIMMONS,

          *Defendant.*

[~~PROPOSED~~] **Protective Order**

**22 Cr. 399 (VEC)**

      Upon the application of the United States of America, Damian Williams, United States Attorney for the Southern District of New York, by and through Assistant United States Attorneys Jamie Bagliebter, Courtney Heavey, and Lindsey Keenan, of counsel, for an order precluding the dissemination of certain materials produced pursuant to 18 U.S.C. § 3500 and/or *Giglio v. United States*, 405 U.S. 150 (1972), with the consent of the defendant, by and through his counsel, and for good cause shown, it is hereby ORDERED that:

      1.    Defense counsel must destroy or return to the Government all § 3500 and *Giglio* material and any copies thereof for all non-expert Government witnesses (the "3500 Material") at the later of either the conclusion of the trial of this matter or when any appeal has become final.

      2.    The defense is prohibited from disseminating any of the 3500 Material and any copies thereof to anyone beyond the defendant, defense counsel, and any paralegal or staff employed by the defense, except during Court proceedings at trial.

      3.    The defendant is precluded from taking or keeping any paper copies of the 3500 Material in any jail facility, whether before, during, or after trial except in the possession of defense counsel or any paralegal or staff employed by the defense, when in the presence of defense counsel or any paralegal or staff employed by the defense, or with prior permission of the Court upon notice to the Government.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney

by: *Courtney Heavey*   Dated: December 28, 2022
Lindsey Keenan
Courtney Heavey
Jamie Bagliebter
Assistant United States Attorneys

*Marisa K. Cabrera*

Ariel Werner
Marisa Cabrera
Attorney for Stephen Simmons

SO ORDERED:
Dated: New York, New York
       January  03 , 2023

_____
THE HONORABLE VALERIE E. CAPRONI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK