USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/03/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
: 
UNITED STATES OF AMERICA :
:
            -against-                          :        22-CR-399 (VEC)
:
:                ORDER
STEPHEN SIMMONS,                               :
                                Defendant.     :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 29, 2022, the Government filed a second motion *in limine*, *see* Dkt. 30.

IT IS HEREBY ORDERED that the Defendant must respond to the Government's motion by **no later than 5:00 PM today, January 3, 2023.**

**SO ORDERED.**

Date:  January 3, 2023
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**