USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/03/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                           :
UNITED STATES OF AMERICA                                   :
                                                           :
            -against-                                      :          22-CR-399 (VEC)
                                                           :
                                                           :          ORDER
STEPHEN SIMMONS,                                           :
                               Defendant.                  :
                                                           :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on December 29, 2022, the Government filed a second motion *in limine*, *see*

Dkt. 30; and

        WHEREAS on January 3, 2023, Defendant opposed the Government's motion.

        IT IS HEREBY ORDERED that the Government must produce to the Court by **no later**

**than 5:00 PM today, January 3, 2023** the tape recording of Defendant's post-arrest statement,

or, if it has been transcribed, a copy of the transcript.  The Government may email the recording

or transcript to the Undersigned's Chambers at CaproniNYSDChambers@nysd.uscourts.gov.


**SO ORDERED.**

Date:  **January 3, 2023**                      _____
       **New York, NY**                                **VALERIE CAPRONI**
                                                **United States District Judge**