```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/9/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA            :

              - v. -                :            22 Cr. 399 (VEC)

STEPHEN SIMMONS,                              :

              Defendant.           :
-----------------------------------------------------------x

     Upon the request of defendant STEPHEN SIMMONS, by his counsel Marisa

Cabrera, Esq. and Ariel Werner, Esq,, and with good cause shown it is hereby

     **ORDERED** that the Bureau of Prisons, the Metropolitan Correctional

Center – New York, and the United States Marshal Service accept the following

clothing for Mr. Simmons, Register Number 12366-510, to wear for appearances at

his trial commencing on January 11, 2023 and continuing thereafter:

1. two pair of black slacks;
2. four button-down shirts;
3. five ties;
4. five pairs of socks;
5. one pair of shoes;
6. one belt;
7. five pairs of underwear;
8. five white undershirts; and,
9. one sweater vest

Dated:     New York, New York
        January 09, 2023

                              **SO ORDERED:**

                              *Valerie Caproni*
                              **HONORABLE VALERIE E. CAPRONI**
                              United States District Judge