UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/2023

-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA                       :
:
              -against-          :    22-CR-399 (VEC)
:
:         <u>ORDER</u>
STEPHEN SIMMONS,                               :
                            Defendant.   :
:
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS a jury trial in this case was held on January 11, 2023; and

       WHEREAS on January 18, 2023, Mr. Simmons was found guilty of felon in possession of ammunition.

       IT IS HEREBY ORDERED that post-trial motions are due by no later than **February 21, 2023**.

       IT IS FURTHER ORDERED that sentencing will be held on **May 9, 2023, at 11:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  Sentencing submissions are due by no later than **April 25, 2023**.

**SO ORDERED.**

**Date:  January 18, 2023**
       **New York, NY**

                                                      **VALERIE CAPRONI**
                                                  **United States District Judge**