**MEMO ENDORSED**

**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 24, 2023

**BY ECF**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/2023

Re:   **United States v. Stephen Simmons**
      **22 Cr. 399 (VEC)**

Dear Judge Caproni:

    I am the attorney for Stephen Simmons, the defendant in the above-captioned case. I write to request a sixty-day adjournment of the sentencing, which is currently scheduled for May 9, 2023. The defense is still awaiting additional documentation in this case that it needs to ensure that Mr. Simmons receives effective representation at sentencing. After conferring with AUSA Lindsey Keenan, the prosecution does not object to this adjournment. This is the defense's first request for an adjournment of sentencing. Thank you for your consideration of this request.

Respectfully Submitted,

/s/ Marisa K. Cabrera
Marisa K. Cabrera, Esq.
Assistant Federal Defender
Tel.: (917) 890-7612

cc:   AUSA Lindsey Keenan (by ECF)

Application GRANTED. Sentencing will take place on **Tuesday, July 11, 2023 at 2:30 p.m.** in in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. Sentencing submissions shall be due no later than **June 27, 2023**.

SO ORDERED.

*/s/ Valerie Caproni*                    Date: 4/25/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE