**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director

*Southern District of New York*
Jennifer L. Brown
Attorney-in-Charge

June 27, 2023

**BY ECF**

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/2023

**Re:** **United States v. Stephen Simmons**
**22 Cr. 399 (VEC)**

Dear Judge Caproni:

    I am the attorney for Stephen Simmons, the defendant in the above-captioned case. I write to request a one-day extension of time to file the sentencing submission, which is currently due today. I am the assigned attorney on duty today and have not yet been able to finalize the submission to submit to Your Honor as I am still awaiting to appear in court for additional matters. After conferring with AUSA Lindsey Keenan, the prosecution does not object to this request for an extension. Thank you for your consideration of this request.

Respectfully Submitted,

/s/ Marisa K. Cabrera
Marisa K. Cabrera, Esq.
Assistant Federal Defender
Tel.: (917) 890-7612

cc: AUSA Lindsey Keenan (by ECF)

---

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]*

Date: 6/28/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE